■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DIAZ, Appellant. [671 NYS2d 670] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered April 3, 1996, convicting him of robbery in the first degree (five counts), robbery in the second degree, attempted assault in the second degree (two counts), and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

We find that proper procedures were utilized by the police

which led to the separate identifications of the defendant in two photographic arrays by complainants in two separate robberies. The separate identifications were not made under circumstances conducive to unduly suggestive identification.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed on the defendant was neither unlawful nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., O'Brien, Santucci and Altman, JJ., concur.